### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THOMPSON CORRUGATED SYSTEMS, INC.,<br> an Illinois corporation, and THOMPSON<br>CORRUGATED SYSTEMS, LLC, a South<br>Carolina limited liability company, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-00122 |
| | ) | |
| ENGICO S.r.l., a citizen of a foreign state, | ) | Hon. J. Phil Gilbert |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 64

Plaintiffs Thompson Corrugated Systems, Inc. ("Illinois Thompson") and Thompson Corrugated Systems, LLC ("Thompson LLC") (collectively, "TCS"), by their attorneys, as their motion to seize property of Defendant Engico S.r.l to secure satisfaction of the judgment in this action pursuant to Federal Rule of Civil Procedure 64, state as follows:

1.      Defendant Engico S.r.l ("Engico") is an Italian corporation with no offices in the United States and generally no assets in the United States.

2.      This Court's Memorandum and Order of April 26, 2022, (Dkt. 95) entered summary judgment in favor of TCS on Counts I (breach of contract) and Count II (violation of the Illinois Sales Representative Act ("ISRA")) of the Complaint with respect to Engico's sale of a machine to Lawrence Paper Company in 2019. Under Count I, this Court utilized the sliding scale commission structure that both parties recognized applied to this sale, which occurred on May 10, 2019, to produce a damages award of €180,000. (Dkt. 95, p. 5.) Under Count II, this Court applied the Illinois Sales Representative Act, 820 ILCS 120/0.01, *et seq.,* and found that TCS was entitled to three times the amount of the unpaid commissions of €180,000, plus attorneys' fees and court

costs. (Dkt. 95, pp.15-16.) This Court requested further submissions on the amount of the judgment with respect to the sale to Lawrence Paper.

3.      The Court's Memorandum and Order of April 26, 2022, also held that issues of fact remained with respect to TCS's entitlement to commissions and statutory damages on sales to President Container and Welch Packaging. (Dkt. 95, pp. 12-14, 16.) Commissions of at least €180,000 (President sale) and €70,000 (Welch) are at issue on those claims. As this Court previously noted, "Commissions due at the time a sales representative contract is terminated must be paid within thirteen days of the termination or, if commissions become due later, within thirteen days after they become due. 820 ILCS 120/2." (Dkt. 95, p. 15.) As this Court further held: "A business that fails to comply with the thirteen-day rule is liable for three times the amount of the commission due, plus attorney's fees and court costs. 820 ILCS 120/3." (Dkt. 95, p. 15.) Three times the claimed commissions due on those sales total at least €786,000.[1]

4.      Engico has repeatedly sought and been granted continuances in this lawsuit, which threaten TCS's ability to collect on the judgment to be entered. This matter was originally set for trial on May 17, 2021. Due to COVID and other issues, the parties jointly requested an amendment to the Scheduling Order on September 28, 2020, which did not change the trial date. (Dkt. 43.) However, Engico thereafter made numerous requests for continuances of the Scheduling Order. On February 5, 2021, Engico filed an Emergency Motion for Protective Order and to Modify the Discovery Schedule (Dkt. 48), which this Court granted over Plaintiffs' objection. (Dkt. 51.)  The Court reset the trial date to September 7, 2021, which was then reset by agreement to October 4, 2021, to avoid a conflict with a religious holiday. (Dkt. 54.) On July 20, 2021, Engico filed a second Motion for Protective Order and to Modify the Discovery Schedule (Dkt. 55), which this

---

[1] This amount converts in dollars to approximately $880,320. (Dkt. 97, Ex. A.)

Court again granted over Plaintiffs' objection. Due to the numerous continuances of discovery requested by Engico, on September 13, 2021, TCS filed their Unopposed Motion to Modify the Schedule to Allow the Parties to File Dispositive Motions. (Dkt. 62.) This Court then reset the trial to February 14, 2022.

5.      On January 26, 2022, Engico filed a Motion to Continue the Pre-Trial Conference and Trial (Dkt. 88), which this Court granted. The Court reset the trial to June 13, 2022. On April 26, 2022, Engico filed another motion to again continue the trial date (Dkt. 92), which this Court granted over TCS's objections. The current trial date is set for August 22, 2022.

6.      As Engico's most recent motion for a continuance (Dkt. 92) alluded to, Engico is scheduled to install and is owed money for a machine sold to Greif, Inc. in North Carolina. Engico's press release announced that the machine being sold to Greif is available to be viewed in Lissone, Italy from June 8 to 17, 2022 "before delivery to Greif Corrchoice—USA." See Exhibit 2 to the attached affidavit of Frederick H. Thompson Sr. ("Thompson Affidavit" or "Thompson Aff.".)

7.      Pursuant to Engico's standard contract and past practice, payments for Engico machines are made in installments based upon certain points in the delivery and installation process. For example, as set forth on Engico's quote for the President sale, payments of €4,400,000 were due as follows: (a) 25% upon the order; (b) 35% upon delivery to the Italian port for shipment; (c) 15% upon arrival of the machine at President's facility; (d) 12.5 % upon startup of the machine after installation; and (e) 12.5% 30 days thereafter. (Exhibit 1 to the Thompson Affidavit). As set forth in the attached Thompson Affidavit, Engico has followed a similar payment plan for its other machine sales and quotations. (Thompson Aff. ¶ 4.)

8.      As a result of the various continuances sought by Engico, and particularly this most recent one, Engico has now positioned itself to collect all payments due on the Greif sale in advance of the trial in this matter. Thus, TCS will be greatly prejudiced with Engico now poised to successfully remove to Italy any assets upon which TCS could collect in satisfaction of its judgment.

9.      Federal Rule of Civil Procedure 64 provides in relevant part: "At the commencement of and throughout an action, every remedy is available that, under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of the potential judgment."

10.     Fortunately, the law of Illinois enables TCS to reduce the risk of unfair prejudice created by the scheduling concerns.  "Under Illinois law, a creditor with a claim exceeding $20 may attach property of the debtor where the debtor is not a resident of Illinois. 735 ILCS 5/4-101(1)." *M.S. Distributing Co. v. Web Records, Inc.,* No. 00 C 1436, 2003 U.S. Dist. LEXIS 9092 at *3 (N.D. Ill. May 29, 2003). In addition, both North Carolina and Kentucky (where Greif's headquarters is located) have similar prejudgment attachment statutes. N.C. Gen. Stat. § 1-440.2, 1-440.3; Ky. Rev. Stat. § 425.301.

11.     This case is akin to *Philips Medical Systems International B.V. v. Bruetman*, 8 F.3d 600 (7th Cir. 1993), in which the Seventh Circuit affirmed an order requiring the defendant to deposit proceeds from the sale of medical equipment with the district court prior to any final judgment. Included among the proceeds required to be deposited were bills of exchange held in Argentina. 8 F.3d at 604. The Seventh Circuit held:

A federal court is empowered to issue all orders necessary and proper to protect the enforceability of a judgment before it becomes final, provided only that the forum state equips its own courts with such remedies, Fed. R. Civ. P. 64; *Lechman v. Ashkenazy Enterprises, Inc.,* 712 F.2d 327, 330 (7th Cir. 1983) [**11] (per curiam), and Illinois

does. 735 ILCS 5/4-101 (1992). That power provided an adequate foundation for the order to deposit in court, where they would be available to satisfy the judgment in part should the judgment be affirmed (as it later was), the proceeds of the sale of Philips equipment to the Chilean clinic.

*Id.*

12.     Similarly, in *M.S. Distributing Co.*, 2003 U.S. Dist. LEXIS 9092 at *7, the Court held that under 735 ILCS 5/4-101, it could enjoin the non-resident defendants from withdrawing or encumbering a portion of their Florida bank account in order to preserve assets to satisfy a default judgment awarded to the plaintiff, but not yet entered as a final judgment.  The Court held that "Under *Philips*, the Court possesses the authority to order Ms. Berns and Mr. Jackson to deposit assets with the Court to protect the enforceability of the default judgments that have been entered." *Id.* at *7. The Court held that the "Illinois prejudgment attachment statute gives a court the authority to order a party over whom the Court has jurisdiction to bring assets into Illinois, so that the Court then might control them." *Id.* at *6.

13.     This Court has, of course, already entered partial judgment in TCS's favor. Through no fault of TCS, this matter has been repeatedly continued.  Without relief from this Court, these continuances will now enable Engico to remove payments received from its last known U.S. equipment sale and remove those payments to Italy beyond the jurisdiction of this Court prior to trial and entry of a final judgment in this matter.  Without entry of an order under Rule 64 to secure satisfaction of the judgment, Engico will be able to exploit the continuances it has sought and received to secrete its last known U.S asset far from the reach of this Court. As in both *Phillips* and *M.S. Distributing Co.,* this Court should order Engico to deposit with the court any proceeds still in the United States from the sale of the machine to Greif, Inc., and any such proceeds hereafter received.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order requiring Engico to deposit with the Court any proceeds still in the United States from the sale of the machine to Greif, Inc., and proceeds received hereafter from the sale to Greif, Inc., and for such other and further relief as this Courts deems just.

Respectfully submitted,

Plaintiffs Thompson Corrugated Systems, Inc. and Thompson Corrugated Systems, LLC

By: */s/ Adam J. Glazer*
        Adam J. Glazer

Adam J. Glazer
William R. Klein
Schoenberg Finkel Beederman Bell Glazer, LLC
300 S. Wacker Drive, Suite 1500
Chicago, Illinois 60606
(312) 648-2300
adam.glazer@sfbbg.com
bill.klein@sfbbg.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, does hereby certify that on May 18, 2022, she served a copy of the foregoing **PLAINTIFFS' MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 64**, upon those listed below with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Robert S. Minetz
Sakia N. Bryan
Alexander I. Passo
LATIMER LEVAY FYOCK LLC
55 West Monroe St., Suite 1100
Chicago, IL 60603
rminetz@llflegal.com
sbryan@llflegal.com
apasso@llflegal.com


Patric W. Stufflebeam
TRESSLER LLP
110 Rottinghma Court, Suite B
pstufflebeam@tresslerllp.com


By: */s:/ Taniesa A. Garza-Akers*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

THOMPSON CORRUGATED SYSTEMS, INC.,  )
an Illinois corporation, and THOMPSON  )
CORRUGATED SYSTEMS, LLC, a South  )
Carolina limited liability company,  )
                                          )
            Plaintiffs,  )
                                            )
        v.  )      No. 3:20-cv-00122
                                           )
ENGICO S.r.l., a citizen of a foreign state,  )      Hon. J. Phil Gilbert
                                           )
            Defendant.  )

## <u>AFFIDAVIT OF FREDERICK H. THOMPSON SR.</u>

I, Frederick. Henry Thompson, Sr., being first sworn under oath, depose and state as follows:

1.     I am a competent adult and have personal knowledge of the matters set forth herein. If called as a witness, I would testify thereto.

2.     I am, and at all relevant times have been, a director and officer of Thompson Corrugated Systems, Inc., and my son is the sole member of Thompson Corrugated Systems, LLC. Thompson Corrugated Systems, Inc. and Thompson Corrugated Systems, LLC (collectively "TCS") acted as independent sales representatives for Engico S.r.l. ("Engico") in North America for over 15 years.

3.     Engico has no offices or permanent assets in North America

4.     TCS obtained over 60 formal quotes from Engico for customers. Engico's standard terms as outlined in formal quotations required payments of the purchase price as follows: (a) 30% with the executed order; (b) 30% upon a satisfactory test at Engico in Italy prior to shipment; (c) 20% upon delivery of the machine to an Italian port for shipment; (d) 10% upon completion of

1

installment at the customer's facility in North America; and (e) 10% 15 days after production with the machine begins and the customer approves.

5.      Attached hereto as Exhibit 1 is a true and correct copy of Engico's quotation for a machine sold to President Container Corporation. Engico required payments of €4,400,000 to be made as follows: (a) 25% upon the order; (b) 35% upon delivery to the Italian port for shipment; (c) 15% upon arrival of the machine at President's facility; (d) 12.5 % upon startup of the machine after installation; and (e) 12.5% 30 days thereafter.  The sales of Engico machines to Lawrence Paper Company and its affiliate in 2005, 2017 and 2019 had similar payment terms.

6.      Attached hereto as Exhibit 2 is Engico's press release from Engico's website announcing that the machine being sold to Greif is available to be viewed in Lissone, Italy from June 8 to 17, 2022 "before delivery to Greif Corrchoice—USA."

7.      For the machines sold to Lawrence Paper and its affiliate, the normal timetable after the Engico machine has arrived at the Italian port is as follows: (a) arrival at United States customs in four to five weeks; (b) installation at the customer's facility two to three weeks; (c) testing and start up one week.

Dated:  May 11, 2022

_____
Frederick H. Thompson, Sr.

# EXHIBIT 1



**Engico**
engineering for corrugated

To:
President Container Group II, LLC
U.S.A.

**ATTN:** Mr. Larry Grossbard, Richard Grossbard, Richard Goldberg
**GENERAL AGREEMENT #:**15/19
**DATE:** October 30, 2019-10-30
**OBJECT:** MULTIFUNCTION BOTTOM FFG model COMPACT 66-99/188 [16-25/48] DUAL SIZE
**LAYOUT:** EN-19-050

Final installation layout will be prepared after the inspection of the Engico technicians at your plant.

**Index:**
- General description ...............................................................…………………….…....page   1-3
- Detailed technical and manufacturing descriptions of each module …………………..page   4-10
- Technical and Performance Data Sheets .......................................................................page 11-14
- Prices ............................................................................................................................page 15
- Conditions of sale .........................................................................................................page 16-19
- Certificates ...................................................................................................................page 20-22

### GENERAL DESCRIPTION

**Origin:** Machinery totally designed and manufactured in Italy.

**Mechanical:** First rate mechanical components are selected among the best available such as SKF, INA, Alpha and SEW.

**Electronic:** **All main shafts are direct driven** by independent motors electronically dynamic controlled, thus guaranteeing minimal power use and precise registration. Motors, actuators and electronic components are from SIEMENS.

**Installation:** **The fixed position modules** are permanently mounted to the floor, and provide easy access for operations and service.

**Service:** Dedicated device installed to provide remote teleservice via the internet in secured VPN connection

**Colors:** The machine main structures are standard Engico RAL 7035 light grey, the electronic systems are RAL 5010 blue.

1/22

ENG 001440
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Engico

The ENGICO is a state-of-the-art machine designed for multiple functions.  It produces the same results as a traditional Printer-Slotter, AND Flexo-Folder-Gluer AND Rotary Die Cutter, as well as most straightlines which currently require a Specialty Folder-Gluer. There are various choices of features directed for small, medium, and large order quantities. Finished orders are bundles AND high piles, are flat or folded, and joined by glue or stitch. Wrappers, folders and trays do not require special cutting dies OR additional setup time when the Side Slot option is installed. Order change can be 2 to 3 minutes when the "Pre-Set" options are included.

All the modules use totally servo driven technology.

Set up data is entered at the machine operator console or directly from an office computer. Dedicated telecommunications provide internet connections for real time diagnostic assistance.

Board line is between 35 and 55 inch above the floor, or 85 inch for the "High Board Line" models. Pits are typically installed for the "Pre-Set" options. The innovative sheet transport system provides absolute registration control, walk-in access, and an extremely broad range of sheet dimensions. The "Pre-Set" options allow most order changes in under two minutes.

Jam detectors and video cameras provide Operator controls over the entire line. Operating noise levels are under OSHA mandated hearing protection levels. Power use is exceptionally low due to the use of efficient drives and the overall machine design.

The Engico machines range in size from 51/110 to 99/255. Style flexibility, order change speed, and consistent operating expectations make the Engico a superb choice for modern box makers.

## MODULES

**Feeder**
The Feed Module is a full width vacuum lead edge design capable of being used with the Engico or other manufacturer's Pre-feeder.

**Printer**
With the "Pre-Set" option, print cylinders can be set while the machine is on another order, with minimum order change time typically under 2 to 3 minutes.
A unique ink circulating system minimizes the color change time and water use. The "Dual Sizes" option can be of interest for printing sheets over 66" through the machine.

**Slotter**
The patented Dual Shaft Slotter Module makes 1/10.2 inch panels and any depth slots without changing blades. Pre-Score and Score heads properly convert a broad range of board flutes and grades.

The "Triple Wall" model Slotter includes our patented self-positioning central support to eliminate deflection in both idle and run modes, and for board grades up to 500 pounds/msf. The sheet transport through the Slotter is by belts, thereby guaranteeing perfect registration and eliminating head crush. The score heads are "free-wheeling" which results in a precise crease for proper folding. The concave, serrated slotter blades cut a clean slot.

**Rotary Die Cutter**
The "Pre-Set" version permits changing cutting dies while the machine is processing another order. The "Dual sizes" option can be of interest for sheets over 66" through the machine. The "Dual Sizes" can also be installed as a "Duplex" and both cylinders have the same circumference.

**GENERAL AGREEMENT # 15/19 of October 30,2019**                    2/22

ENG 001441
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Engico

**Folder Gluer**
Folding is in two distinct sections in order to maintain sheet alignment and eliminate "fishtailing". The first section brings the side panels to 90 degrees and the second closes the panels. Different types of belts are used in each section and each is independently driven. A vacuum assisted "Center Carrier" belt provides added transport control and supports running two-out sheets. Therefore, the Engico gives perfect folding across a broad range of box styles and board test from lightweight singlewall to extremely heavy triplewall.

**Re-Feed- Stitcher-Taper**
The electronic controlled "Re-Feed" assures accurate panel alignment and inserts the sheet into the manufacturer's joint system. The setup is automatic, including running in "skip-Feed" mode.

Single or dual stitch heads are available when two wire gauges are used. Combined stitch AND glue joints are also possible, and these are quite practical in many applications.

Taping module is available.

**Delivery Module**

**Down-Stacker Module**
Medium to large joined boxes and flat sheets are collected on the Down Stacker. Load changes are pre-determined by piece count, and the "Continuous Run" features minimize delays.

A Semi or Fully Automatic pallet inserter and bottom dunnage insertion device are options.

**Bundle Counter-Collector and Strapper Module**
Small to medium sizes of folded or flat sheets can deliver in bundles with the Counter-Collector module. A custom fitted EAM Mosca bundle tier is included in this module. Changes from Bundles to High Piles is fully automatic and happens during order change sequence.

**Software**
One software supervisor program system is installed on the Engico machinery to manage the operation and provide complete remote teleservice.

**Ancillary machines and other devices**

If requested also the ancillary machines – Prefeeder, Pallettizer, Conveyors etc... – can be supplied by ENGICO s.r.l., in cooperation with specialized Italian manufacturers, wholly adopting the same Engico manufacturing criteria.

In case of order received by THE CUSTOMER, ENGICO s.r.l. will be then responsible for supply, installation, commissioning, training to the operators and warranty for the entire converting line, Engico machine + ancillary machines + disposals included in the contract.

Designing and process features of the ancillary machines and conveyors will meet the best production performance of the entire line in terms of sturdiness, flexibility, reliability and production speed.

Software supervisor program integrated in the Engico system so one complete remote-teleservice device available for the entire installation.

**GENERAL AGREEMENT # 15/19 of October 30,2019**                                    **3/22**

**ENG 001442**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

MULTIFUNCTION BOTTOM FFG model COMPACT 66-99 x 188 inch [16-25/48] DUAL SIZE

### Technical and performance description

Pos.1• one  **FEEDER MODULE** with:

- Lead edge feeder system, with adjustable extension device
- Back and side sheet guides
- Local operator touch screen control panel
- Section for transferring the sheets to the following module

Pos.1a• one  **INNOVATION:**

NOTE:  four feed modes are available on the 66 inch [1.676 mm] size machines

**STANDARD FEED: 7.000** sheet/hour max.
One sheet is entered for each revolution of the printing cylinder.

**DOUBLE FEED: 10.000** sheet/hour max.
One sheet is entered at the "0" degree position of the printing cylinder and a second, or DOUBLE, sheet is entered at the "180" degree position.
This greatly increases the overall productivity of small sizes boxes since two boxes are produced for every revolution of the printing cylinders equipped with double printing plates.
The die cutter cylinder can be equipped with two dies.
As usual, knife blades are never changed on the slotter module.

**SKIP FEED: 3.500** sheet/hour max.
One sheet is entered for every two revolutions of the printing cylinder, allowing production of sheets greater than the 66 inch [1.676 mm] dimension.

**DOUBLE SKIP FEED:  1.800** sheets/hour max – for "Dual Size" option
One sheet is entered for every three revolutions of the printing cylinder, allowing production of full coverage and non-repeat printing on over-sized sheets up to 99 inches through.

GENERAL  AGREEMENT # 15/19 of October 30,2019                     4/22

ENG 001443
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**Pos.2/66"•two** **BOTTOM FLEXO PRINTER MODULE 66 inch (1.676 mm)** with:
- Printing cylinder with plate positioning screen ## x ##
- Diameter and peripheral speed of printing cylinder calculated
  with 0.280in. total plate and backing thickness
- Matthew mounting channel
- Total plate thickness min. ## inch [## mm]   max. ## inch [## mm]
- CERAMIC LASER ENGRAVED ANILOX ROLL  250 lines/inch  7.5 BCM
- Rubber doctor roll standard 60 shore
- Automatic WASH UP standard
- Local operator control panel
- Section for transferring the sheets to the following module

   ## To be defined with the Customer by December 1, 2019

   Included:
   - Peristaltic pumps for ink and water circulation

**Pos.2a• two** **PRINTER PRESET WHILE RUNNING** allowing set up for the next order on the printing
module not operating, while the other modules are producing the current order

**Pos.2b• two** **NEW PATENTED "DUAL SIZE" PRINT OPTION**

**EXTENSION OF PRINTING AND DIE CUTTING SURFACE WITH DOUBLE SKIP PRINT**

This very innovative option is for printing, and possibly die cutting, sheets that exceed the
66 inch [1676 mm] cylinder circumference. The option allows full print coverage without
repeat, up to a maximum sheet of 99 inch [2514 mm] in the through direction.

Full coverage, 1-color plates are separated and mounted on any two print modules. One
sheet enters at the "zero" position of every three revolutions of the plate cylinder (double
skip). Each print module makes the traditional print revolution, after which that cylinder
lowers from the board line for two revolutions and raises back into position before the next
sheet reaches that position on the fourth revolution. In this manner, print coverage is
extended beyond the traditional 66 inch [1676 mm] limitation.

**Pos.2/99"•one** **BOTTOM FLEXO PRINTER MODULE 99 inch (2.514 mm)**
The in-line installation of this print module allows to print seamless on the entire sheet
length, up to 99 inch flute length and with full-print too.
All of the construction features are the same of the 66 inch (1.676 mm) print module, also
for the optional 2a.

**Pos.2/99"a•one** **PRINTER PRESET WHILE RUNNING** allowing set up for the next order on the 99"
printing module not operating, while the other modules are producing the current order

   one **SET OF JAM DETECTOR SYSTEMS ON EACH PRINTING MODULES**

**Pos.3• one** **SUPPLEMENTARY SCORERS MODULE (OCTABINS)** composed of:

   - Module main frames
   - 8 lower female score rollers
   - 8 top male score wheels
   (Minimum distance between the scorers wheels 1.38 and 6.00 inch [35/150 mm])

*ENGICO s.r.l.*
*24 JAN 2020*

**GENERAL AGREEMENT # 15/19 of October 30,2019**                    **5/22**

**ENG 001444**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**Pos.4• one    AUTOMATIC SLOTTER MODULE version ADVANCED (patented)**

    Five  Slotting heads on two shafts
            Standard slotting knives, with 0.39 inch [10 mm] wide blade thickness
    Two  Shafts each with 5 score head pairs
    Two  Shafts each with 5 pre-score head pairs
            Sheet thickness min. 0.060 inch [1,5 mm]    max. 0.600 inch [15 mm]
            min. panels sizes 1 and 10.23 inch [25/260 mm]

    One  Patented self-positioning central support eliminating static and dynamic deflection of
            the shafts

    *Included:*

**two   *INDEPENDENT LONGITUDINAL EDGE TRIM KNIVES + CUTTING TRIM BREAKER***
    electronically controlled installed on 4th panel
    (Max trim width accepted 1.0 inch [25 mm])

    Joint tab max width 4 inch [100 mm]
    1 L + 1 R Set of joint tab crush wheels – max width 4 inch [100 mm]

**Pos.5•  two pairs INDEPENDENT SIDE SLOT MODULES (patented)**
          **for production of wrappers, folders and trays**
          controlled and driven by full computerized electronic system
          - Max. depth slots 11.8 inch [300 mm]
          - Standard cross slots width 0.40 inch [10 mm]
          - Maximum board thickness  0.30 inch [7 mm]
          - Maximum board weight 250 pounds/MSF  [1.250 gr/sqm]
          - Registration +/- 0.04 inch (0.08 tot) [+/-1 mm – 2 tot]

**Note:**   When producing joined boxes, one pair of Side Slot heads cut the manufacturer's tab.

       When working as manufacturer's tab cutter the Side Slots can process heaviest
       corrugated up to triple wall Max 0.600 inch [15 mm] thickness, 500 pounds/MSF [2.500
       gr/sqm], 4.0 inch [100 mm] max depth

       one  Operator control panel
       one  Section for transferring the sheets to the following module

**GENERAL AGREEMENT # 15/19 of October 30,2019**        **6/22**

**ENG 001445**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**Pos.6•  one  ROTARY DIE CUTTER MODULE** with:

- Top die-cutter cylinder
  (Hole pattern and bolt sizes to be defined with the customer)
- Bottom anvil cylinder
- Anvil rotation control system for controlling the peripheral speed of the anvil roll in accordance with the wear on the polyurethane cover     range: +/- 2% (4% total)
- Local operator touch screen control panel
- Waste extraction conveyor

**Pos.6a•  one  NEW PATENTED "DUAL SIZE" DIE CUT  OPTION**

For the same purpose as "Duplex Print", a "Dual Size" Die Cut Module is offered. This uses two die cylinders, one for 66 inch [1.676 mm] dies and another for 99 inch [2.514 mm] dies. These work against the same large anvil. Alternatively, the Die Cut Module could be equipped with two (Duplex) 66 inch [1.676 mm] die cylinders.

Selecting this unique option allows the very popular 66 inch [1.676 mm] machine to "expand on demand" to produce the same products as a true "Super Jumbo", or to operate as a 66 inch with extremely fast die cut to die cut order changes.

This system allows dies to be mounted and removed when the machine is operating, and the die cut module is not use.

**Pos.6b•  one  TOOLS FOR GRINDING THE ANVIL SURFACE**

**Pos.6c•  one  SET OF SCREWS INSERTS on both the 66 and the 99 inch DIE CUTTER CYLINDERS**

**Pos.7•  one  TRIM STRIPPER CLEANER MODULE**

- High grip transport belts
- Two reverse rotating, soft bristle brush rolls
- Moveable fans directed across the module width
- Patterns of moveable compressed air jets with pulse controls
- Operator control panel
- Waste extraction conveyor

**Pos.8•  three  WASTE EXTRACTION CONVEYORS**
(two longitudinal and one transversal) based on the position of the machine in accordance with the factory in floor waste system.

**GENERAL AGREEMENT # 15/19 of October 30,2019**                                    **7/22**

**ENG 001446**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**Pos.9•  one  ENGICO FOLDER GLUER MODEL 188 FB HEAVY DUTY**

**Section one, for the first 90 degree fold**
- Module main frames
- Two main lower transport rails equipped with high grip "timing" belts
- Set of lower auxiliary supporting rails
- Two side folding rails equipped with folding belts
- Set of auxiliary folding bars
- Two upper transport rails equipped with large diameter "no crush" wheels
- Two adjustable score assist disks to be used on the folding panel scores as needed.
- Local operator control panel

**Section two, for the 90 to 180 degree fold**
- Module main frames
- Two main lower transport rails equipped with belts
- One Adjustable "Center Carrier" vacuum belt
- Set of lower auxiliary supporting rails
- Two Side vertical guiding belts for alignment control
- Set of side folding bars
- Local operator "touch" control panel

**Note:** All the belts installed on both folding sections are driven by their own servo motor.

**Pos.9a•  one  STANDARD DUAL SIDE GLUER SYSTEM** mainly consisting of:

- Main movable support
- Container + glue pump + filter
- Digital proportional valve
- Glue dispenser with 4 guns – 4 lines
- Piping and wiring net
- Change order data managed by the centralized presetting device of the machine

**Pos.10•  one  RE-FEED MODULE** for stitching and taping consisting of:
- Module main frames
- Side guiding rails with polyurethane covered lower pulleys driven by timing belts
- Top pneumatic counter pressure arms with polyurethane covered wheels for use as needed.
- Central top and bottom rails, supporting the device, driven and controlled by a brushless motor and PLC device
- Local operator "touch" control panel

**Pos.11•  one  STITCHER MODULE** manufactured by Engico consisting of:
- Module main frames
- One stitching inline head rated at 1000 stitch/min.
- Electric cabinet and electronic display controlling stitching head
- Local operator control panel
  Minimum stitched panel: 6.0 inch [150 mm] + joint flap
  with Triple wall: 10.0 inch [250 mm] + joint flap
  max. board thickness:  0.6 inch [15 mm] thickness –
  max. board weight:  500 Pounds/MSF [2.500 gms/sqm]
- Double unwinder reel stand for stitching plate wire – each 130 pounds [60 Kg]

**GENERAL AGREEMENT # 15/19 of October 30,2019**                    **8/22**

**ENG 001447**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**Pos.11a• one**   <u>SECOND INLINE STITCHING HEAD</u>

**Pos.12• one**   <u>BOTTOM ENTRY BUNDLES COUNTER EJECTOR with STRAPPER MODULE</u>
- Movable transferring sandwich
- Squaring counter ejector
- Top exit bundle driving belt motorized
- Local operator touch screen control panel
- Bundles ejector IN LINE EXIT DIRECTION
- One IN LINE bundles strapping module MOSCA
  **NOTE:** bundle size: min 13.7 x 21.7 inch [350 x 550 mm]
  max 99 x 63 inch  [2500 x 1600 mm]

**NOTE:**
The bundle strapper MOSCA will be supplied by Engico together with the relevant complete operator mezzanine. Bundles take away system out of the MOSCA strapper will be supplied by the local conveyors supplier.

**Pos.13• one**   <u>DOWN STACKER MODULE</u>
- Stack table with plastic conveyors Acetal controlled by photo switch and PLC device
- Front mechanical squaring module
- Continuous run device for changing stack
- Left and right side pneumatic squaring devices
- Local operator control panel
  Maximum standard stack height   68 inch [1.700 mm] total with pallet included

**one**   <u>CENTRALIZED ELECTRONIC PRESETTING DEVICE</u>
- with storage capacity for 10,000 order specifications.  Includes industrial-rated P.C. with 14" screen to control the following:

**GENERAL AGREEMENT # 15/19 of October 30,2019**                    **9/22**

**ENG 001448**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**FEEDER MODULE:**
- Sheet back stop
- Sheet side guides
- Board thickness between feeder rollers
- Sheet sides transferring belts
  between the modules
- Zero search

**PRINTER MODULE:**
- Printing clearance between plate cylinder
  and impression cylinder
- Zero search

**DIE CUTTER MODULE:**
- Die cutting pressure between die cylinder
  and anvil counter pressure cylinder
- Zero search

**SLOTTER MODULE:**
- Transverse positioning of the slotting knives
- Longitudinal positioning of the slotting knives
- Board thickness between slotting heads
- Transverse positioning of score heads
- Board thickness between score heads
- Transverse positioning of pre-score heads
- Board thickness between pre-score heads
- Side slot positions

**FOLDER GLUER-STITCHER, DOWN STACKER AND BUNDLE DELIVERY:**
- Positioning of folding arms belts and folding rails
- Positioning of glue dispenser
- Positioning of front mechanical and lateral pneumatic squaring devices
  on the stacking section
- Positioning of box length in the bundles squaring and counting section

- Possibility of orders management from the production office
  The protocol connection will be defined with the Customer

**Pos.14° one   MAIN ELECTRIC CABINET** with device unit
Installed to support teleservice via INTERNET

**The Video System shall be provided as follows.**

four screens at the feeder unit and four screen at the stacker.
Cameras are installed shooting on:
1 - Rotary Die Cutter
2 - Folder Gluer
3 - Stitcher
4 - Stacker
5 - Counter Bundle Ejector
Camera 4 and 5 are alternative, depending on the production (stacks or bundles). They automatically switch
    on one of the screen.

**Average electric power consumption of the entire line:**

Between 90 and 120 KILOWATTS – 180/240 Amps. **480v +/- 10% variation**
According to the number of modules installed in the line



**GENERAL AGREEMENT # 15/19 of October 30,2019**                    **10/22**

ENG 001449
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Engico

## TECHNICAL AND PERFORMANCE DATA SHEET in INCHES



**Standard 66 x 188**

cod.FEFCO
201 - 202 ...
0411 - 0412 ...



**With Double Skip Feed
"DUAL SIZE"
66/99 x 188**

**Sheets sizes** – in inches
Minimum flat sheet (H x A)
- normal run mode ........................................... 21.6 x ~~39.4~~ 31.5
- with pull bands on printer and die cut cylinders .... 13.7 x ~~39.4~~ 31.5

Maximum flat sheet (H x A)
- single feed ................................................... 61 x 188.9
- double feed ................................................. 28 x 188.9
- skip feed .................................................... 99 x 188.9
- double skip feed ......................................................................................... 99 x 188.9

**Print and Die Cut area**
Maximum print area (with Matthew system) ............... 64 x 177.1 .............. ......... 97 x 177.1
Printing register ......... ................................ +/- 0.03 (0.06 tot.) ................ +/- 0.04 (0.08 tot.)
Maximum Die Cut area .................................... 65 x 177.1 ......................... 98 x 177.1
Die Cut register .............................................. +/- 0.04 (0.08 tot.) ................ +/- 0.06 (0.12 tot.)

**Slotter versions:** **Triple Wall**
Minimum panels (L/B) ...................................................... 1/10.2
Board thickness ........................................ min. 0.06 ÷ max. 0.60
Maximum board weight ............................... 500 pounds/MSF
Slots length (E1/E2) ................................ min. 0 / max. No limit
Joint flap length (K) .................................. min. 6 / max. No limit
Joint flap width (F) ..................................................... max 3.93
Slotter register ................................................. +/- 0.04 (0.08 total)

**Sizes of folded box**
Glued panel (folded) (L) ............................... min. 2.3 / max.47.2
Stitched panel (folded) (L) ................... min. ~~6,0~~ 7.8 / max.47.2
with triple wall ................................................ min. 10 / max.47.2
Panel (folded) (B) ................................. min. 8.9 / max. ~~82.6~~ 76.7
NOTE: smallest panel of the box + joint flap always on the left side
of the machine

**Box sizes in bundles** H x (L+B)
with in line bundles exit ................ min. 13.7 x 21.7 / max. 99 x 63

**Stacking system** Sheet (H x A) min. 13.7 x 23.6 / max. 99 x 188.9
Max stack height ............................................... to be defined

**Production max** – sheets/hour
- single feed ........................................................ 7.000
- double feed (see dedicated tech. description on page 4) .......... 10.000
- skip feed ........................................................... 3.500
- double skip feed (Dual Size modes):
Print (according to the length of printing plates in circumference direction) ... ...... from 1.200 to 1.800
Die Cutter (according to the sizes and the quality of the corrugated sheets) ............................... 1.800

**PROPOSAL OF GENERAL AGREEMENT # 15/19 of October 30, 2019** 11/22

ENG 001450
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Engico



**TECHNICAL AND PERFORMANCE DATA SHEET in INCHES**

**Independent CROSS DIE CUTTING device (patented)**

**Cod. FEFCO 0230 – 0300 – 0331 – 0409**



**Sheets sizes** – in inches
(see on previous page - Standard 66 x 188)

**Versions: Compact**

C : ........................... min. 0 / max. 11.8
    ........................... 250 pounds/MSF

D : ............................................ No limits

G : ............................................ min. 11

L : ............................................ min. 1

n° : ............................................ 1 , 2 , 3 , 4 , 5 , 6 , ...

**Die Cut register:** ........................ +/- 0.03 (0.06 total)

**Production speed**
**in single feed:** ............ max. 525 ft/min
    .............. 5.800 sheets/hour

**Note:** The production speed decreases as much as **G** is less than 11.



**Cod. FEFCO 0302 - 0401**          **Cod. FEFCO 0415**

\* these creasers have to be done before

**Note:** when producing blank cod. **FEFCO 0415**, parts of die blades may be removed by the operator
(max. time required 1-2 minutes).

**PROPOSAL OF GENERAL AGREEMENT # 15/19 of October 30, 2019**          **12/22**

**ENG 001451**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

## TECHNICAL AND PERFORMANCE DATA SHEET in MILLIMETRES



**Standard 16/48**

cod.FEFCO
201 - 202 ...
0411 - 0412 ...

**With Double Skip Feed**
**"DUAL SIZE"**
**16-25/48**

**Sheets sizes** – in millimetres
Minimum flat sheet (H x A)
- normal run mode ............................... ...............  550 x ~~1000~~ 800
- with pull bands on printer and die cut cylinders .......  350 x ~~1000~~ 800

Maximum flat sheet (H x A)
- single feed ......................................................  1550 x 4800
- double feed ....................................................  700 x 4800
- skip feed ........................................................  2500 x 4800
- double skip feed ...................................................................................  2514 x 4800

**Print and Die Cut area**

| | | |
|---|---|---|
| Maximum print area (with Matthew system) ............... | 1620 x 4500 ....................... | 2450 x 4500 |
| Printing register ......................................... | +/- 0,75 (1,5 tot.) ................... | +/- 1 (2 tot.) |
| Maximum Die Cut area ............................... | 1676 x 4500 ...................... | 2514 x 4500 |
| Die Cut register ........................................ | +/- 1 (2 tot.) ..................... | +/- 1,5 (3 tot.) |

**Slotter versions:**                                                     **Triple Wall**
Minimum panels (L/B) .......................................... 25/260
Board thickness ......... ..................................  min. 1,5 ÷ max. 15
Maximum board weight ......................................... 2.500 g/m²
Slots length (E1/E2) ................................ min. 0 / max. No limit
Joint flap length (K) .............. .............. min.150 / max. No limit
Joint flap width (F) ............................................. max 100
Slotter register ........................................ .........  +/- 1 (2 tot.)

**Sizes of folded box**
Glued panel (folded) (L) ............ ................ min. 60 / max.1200
Stitched panel (folded) (L) ..................... min. ~~150~~ 200 / max.1200
with triple wall ............................................. min.250 / max.1200
Panel (folded) (B) ..................................... min. 225 / max. ~~2400~~ 1950
NOTE: smallest panel of the box + joint flap always on the left side
of the machine

**Box sizes in bundles** H x (L+B)
with in line bundles exit ............ min. 350 x 550 / max. 2500 x 1600

**Stacking system** Sheet (H x A)   min. 350 x 600 / max. 2500 x 4800
Max stack height ............................................ to be defined

**Production max** – sheets/hour
- single feed ................................................... 7.000
- double feed (see dedicated tech. description on page 4) .......... 10.000
- skip feed ................................................... 3.500
- double skip feed (Dual Size modes):
Print (according to the length of printing plates in circumference direction) .........from 1.200 to 1.800
Die Cutter (according to the sizes and the quality of the corrugated sheets) ............................. 1.800

**PROPOSAL OF GENERAL AGREEMENT # 15/19 of October 30, 2019**          **13/22**

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

### TECHNICAL AND PERFORMANCE DATA SHEET in MILLIMETRES

### Independent CROSS DIE CUTTING device (patented)

**Cod. FEFCO 0230 – 0300 – 0331 – 0409**



**Sheets sizes** – in millimetres
(see on previous page - Standard 16/48)

**Versions: Compact**

C : ……………………….. min. 0 / max. 300
……………………….. max 1.250 gr/m²

D : ……………………………………… No limits

G : …………………………………… min. 280

L : ………………………………………. min.  25

n°: ………………………………… 1 , 2 , 3 , 4 , 5 , 6 , …

**Die Cut register:** ……………………… +/- 1 (2 tot.)

**Production speed**
**in single feed:** ………… max. 160 mt/min
………… 5.800 sheets/hour

**Note:** The production speed decreases as much as **G** is less than 280.



**Cod. FEFCO 0302 - 0401**

**Cod. FEFCO 0415**

* these creasers have to be done before

**Note:** when producing blank cod. **FEFCO 0415**, parts of die blades may be removed by the operator (max. time required **1-2** minutes).

**PROPOSAL OF GENERAL AGREEMENT # 15/19 of October 30, 2019**          **14/22**

**ENG 001453**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**Prices for ONE MULTIFUNCTION BOTTOM FFG model COMPACT 66-99 x 188 inch [16-25/48] DUAL SIZE supplied as per layout dwg. EN-19-050 and composed of:**

| Pos. | Qty | Module | | |
|------|-----|--------|---|---|
| Pos.1 | 1 | FEEDER MODULE | | |
| Pos.1a | 1 | DOUBLE FEEDER | | |
| Pos.2/66" | 2 | FLEXO PRINTER MODULE 66" | | |
| Pos.2a | 2 | PRINTER PRE-SET while running in combination with the Dual Size Pos.2b Note: Operators pits used with this option | | |
| Pos.2b | 2 | DUAL SIZE PRINT OPTION | | |
| Pos.2/99" | 1 | FLEXO PRINTER MODULE 99" | | |
| Pos.2/99"a | 1 | PRINTER PRE-SET while running Note: Operators pits used with this option | | |
| Pos.3 | 1 | SUPPLEMENTARY SCORERS MODULE (OCTABINS) | | |
| Pos.4 | 1 | SLOTTER MODULE mod. ADVANCED | | |
| Pos.5 | 2R+2L | INDEPENDENT EDGE SIDE SLOT MODULE | | |
| Pos.6 | 1 | ROTARY DIE CUTTER MODULE | | |
| Pos.6a | 1 | DUAL SIZE DIE CUT OPTION 66 – 99 inch | | |
| Pos.6b | 1 | TOOLS FOR GRINDING THE ANVIL SURFACE | | |
| Pos.6c | 1 | SET OF SCREWS INSERTS on both the 66 and the 99 inch Die Cutter Cylinders | | |
| Pos.7 | 1 | TRIM STRIPPER CLEANER | | |
| Pos.8 | 3 | WASTE EXTRACTION CONVEYORS | | |
| Pos.9 | 1 | FOLDER GLUER 188 FB HEAVY DUTY | | |
| Pos.9a | 1 | STANDARD GLUER SYSTEM | | |
| Pos.10 | 1 | RE-FEED MODULE for stitching | | |
| Pos.11 | 1 | STITCHER MODULE | | |
| Pos.11a | 1 | SECOND INLINE STITCHING HEAD | | |
| Pos.12 | 1 | BOTTOM ENTRY BUNDLES COUNTER EJECTOR (Included Bundle Strapping MOSCA) | | |
| Pos.13 | 1 | DOWN STACKER MODULE + NO STOP device | | |
| Pos.14 | 1 | MAIN ELECTRIC CABINET with PRESETTING | | |
| Pos.15 | 1 | SET of STRUCTURES, STAIRS and WALKWAYS | | |
| Pag.5 | | SET OF JAM DETECTOR SYSTEMS also on the printer modules | | included |
| Pag.16 | | DELIVERY DAP Customer door | | included |
| Pag.16/19 | | OFFLOADING AND INSTALLATION + INSURANCE | | included |
| Pag.17 | | 3 MONTHS TRAINING TO THE OPERATORS | | included |
| Pag.18 | | 36 MONTHS WARRANTY | | included |
| Pag.16 | | DELIVERY WITHIN AUGUST 2020 | | included |
| **TOTAL NET PRICE** for Engico machine as listed above and described in this document, for the Proposal of General Agreement signed within end of October 2019 | | | | **4.400.000,00 Euro** |

**GENERAL AGREEMENT # 15/19 of October 30,2019**                    15/22

# Engico

## CONDITIONS OF SALE

**1)PRE-TESTING:** All Technical/Performance Data Sheet(s) shall be submitted and approved on or before December 1, 2019. A complete preliminary inspection and testing of the machinery (tentatively scheduled for June 1, 2020) will be conducted at Engico factory prior to despatch, with materials supplied free of charge by the Customer, which shall be at least 60 days prior to the scheduled Delivery and Installation and Commissioning of August 3, 2020. This will be stated in the COMPLETION OF INSPECTION AND PRE-TEST CERTIFICATE (See copy attached).

**2) DELIVERY:** Within August 2020 for all documentation signed October 31, 2019 and down payment received upon presentation of advance payment guarantee from Engico.

Delivery DAP Customer door                          ENGICO s.r.l.
                                                     24 JAN 2020

**3) INSTALLATION AND: COMMISSIONING**
Scheduled in month of August 3, 2020
Installation, start up, and production of the first saleable boxes will be stated in the COMPLETION OF INSTALLATION AND COMMISSIONING CERTIFICATE.
Approx. 5 weeks.
NO less than 120 days prior to delivery an Engico representative shall arrive at the purchaser facility for all floor markings, confirmation of measures and installation process – all installation drawings shall be provided at this time – if necessary the purchaser has the right to request a second visit prior to all civil work being performed prior to machine arrival

**The Customer is to supply:**
- All the civil works
- Power, air and water to the machine
- Crane for unloading and placing in machine agreed location on factory floor, forklift etc. (crane/large forklift to be supervised by Engico at all times.
- provide a 10,000 pound forklift for daily use.

**4) PENALTIES:** The Customer and ENGICO s.r.l. agree to there being a late delivery penalties of Euro 1000/per Day from 1st day of the 7th week until acceptance based on the Technical and Performance Sheet Date section included herein.The above penalties form is valid and applied to Engico s.r.l. on delay in delivery, installation and start up of its machinery.
If the Customer delays in preparing the area where the machinery is to be installed, it will be due however to receive the machinery for the scheduled date, storing it at its own risk and charge.
Anyhow the installation has to start no later than 10 days after the arrival of the containers to the customers floor.
In case installation is further delayed, the warranty period will start on machine acceptance based on Technical and Performance Data Sheet section included herein.

**Force Majeure.**    Neither Customer nor Supplier shall be liable for non-performance or delay in performance caused by any event reasonably beyond the control of Customer or Supplier; as applicable, including, but not limited to acts of God, fire, flood, earthquakes and other natural disasters, and industrial disputes and strikes (but not industrial disputes and strikes involving Supplier's or Customer's operations, as applicable) (each, a "Force Majeure"). Supplier's or Customer's, as applicable, time of performance under the Contract shall be extended for the period of any reasonable delays due to such events; provided, however, that Supplier or Customer, as applicable, shall receive no such extension of time for completion unless within twenty (20) days after the happening of any

**GENERAL AGREEMENT # 15/19 of October 30,2019**                          **16/22**

ENG 001455
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Engico

event relied upon by Supplier or Customer, as the case may be, for such an extension of time, Supplier or Customer, as applicable, shall have given the other party written notification of the nature and length of the delay. Such extensions of time shall be on a direct day-for-day basis. In the event a Force Majeure continues for a period of over two (2) consecutive weeks, then the parties affected by such Force Majeure shall meet and come to a mutual agreement on a commercially reasonable time period in which the manufacture, delivery and installation of the Equipment shall take place.  In the event that a mutual agreement cannot be reached on such issues, then the parties agree that these matters will be submitted to arbitration as set forth herein in sections 14. And 15, hereto.

**5) CHANGE OF DESTINATION:**   For any change of destination of the machinery, the delivery and installation costs will be recalculated.

**6) FINAL TESTING:**   The test times shall be those reasonably necessary to ensure correct operation of the machinery and will therefore be subject to modification if further regulations or modifications are considered necessary by ENGICO s.r.l.'s technical staff.

After a period of 30 days of production, covering the range of Technical/ Performance Data Sheet specifications and production requirement(s), the machine's capability, the Customer shall acknowledge the correct operation of the machinery by signing the CUSTOMER ACCEPTANCE CERTIFICATE and noting any outstanding issues to be addressed as a part of warranty.

**7) CERTIFICATION**
**AND SAFETY RULES:**   All the parts and the entire machinery are manufactured and supplied according to UL rules and in accordance with all OSHA Lock ot/Tag out processes

**All interfaces with E-Stop and normal operation to be provided along with wires to other machines electrical panels – prefeeder, conveyor systems and anything else needed for normal operation as per this specification**

**8) TRAINING:**   Full manuals in local language. Operator Training by Engico. Engico will provide 3 months full training jointly in consultation with the Customer living at customer location.

**9) SPARE PARTS:**   Full spare parts books in English with prices on consignment.
Engico will provide approximately Euro 50,000 stock of spares free of charge on deposit at the Customer plant.
These will be held until the end of the warranty period when the Customer has the option to buy them.
Any parts used by the customer must return the used part for warranty credit, or the customer must pay for the part.  This does NOT include consumable parts.
Specifications shall be provided as well as drawings, if necessary, to source parts locally to the factory if the customer chooses, the customer acknowledges this to be confidential information and not to release for any other purpose then to remedy a machine condition.

**10) SERVICE:**   Engico will provide full Assistance and technical back up.
A) By Telephone/Modem - same day or next working day.
B) An appropriate engineer - as soon as possible, but no later than seventy-two hrs.) 72 hours.

**GENERAL AGREEMENT # 15/19 of October 30,2019**                    **17/22**

**ENG 001456**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**11) WARRANTY:**  36 months from acceptance date.

ENGICO s.r.l. guarantees the good quality of the products, their correct manufacture and the skill of its technical staff, and undertakes to repair or replace free of charge any parts which prove defective during the agreed warranty period in the shortest possible time, provided that such defects are not due to malfunctions caused by the Purchaser's inexperience or negligence, use of the machinery outside the contractual limits, unauthorised work on the machinery or force majeure.

**Delivery of spare parts, travelling, board and lodging expenses of ENGICO's technical personnel will be paid by the Purchaser.**
Unless otherwise specified, the terms of the warranties given by the manufactures shall apply to the electrical parts, including the motors, and the electronic parts.
The warranty does not include those parts considered to be liable to normal wear and tear (polyurethanes, folding and box conveyors belts, glue scraper, ink scraper, etc.), depending on the type of machinery specified in the FINAL SIGNED AGREEMENT.

If it is necessary and Engico sends a technician to the customer and it is confirmed the machine is at fault, Engico will accept the full cost ( Technician, Parts, travel, hotel etc..)  IF it is confirmed due to the customer not following proper maintenance practices to maintain the machine has caused the failure, the customer will accept the responsibility of full cost of the visit..
The warranty shall not apply if the Purchaser is in breach of any of the terms of contract, or in case it has made substantial alterations to the machinery without ENGICO s.r.l.'s prior written consent, or has submitted its written report on defects found later than EIGHT days after their discovery.

**12)   TERMS OF PAYMENT:**    A. 25% w/Order
B. 35% w/ Bill of Lading @ Port in Italy
C.  15% when delivered on purchaser floor
D- 12.5% When COMPLETION OF INSTALLATION AND COMMISSIONING CERTIFICATE is signed.    (See copy attached)
E- 12.5% After 30 days of production, in full reference to Point 6 in this agreement

Deposit A guaranteed by ADVANCED PAYMENT GUARANTEE issued by the Bank acting on behalf of the Supplier.
Payments steps B-C-D-E guaranteed by IRREVOCABLE LETTER OF CREDIT issued by the bank acting on behalf of the Purchaser.

Payments shall be made punctually in accordance with the terms specified in the FINAL SIGNED AGREEMENT. In the event of delay, interest shall be payable on the arrears at the BCE base rate plus 10% of it.
It is understood and agreed to by all parties hereto, that while this agreement is being made in instalment payments, once the property/machinery shall be placed on the Customer's facility floor, Customer shall have an insurable interest in the property/machinery in the percentage of the purchase price which the Customer has paid to that point in time, and ENGICO s.r.l. shall only be responsible to maintain an insurable interest in such property/machinery until the Customer/Purchaser has paid the entire purchase price.

**GENERAL AGREEMENT # 15/19 of October 30,2019**                                     **18/22**

**ENG 001457**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**13) INSURANCE:** The Supplier shall prior to commencement of any work at or on the Customer's site, at its sole expense, procure and maintain in full force and effect throughout the term of the Agreement, through companies and agencies satisfactory to the Custromer, the following insurance requirements are to be agreed and presented by Engico by March 1, 2020.

> a. For U.S. exposures, Worker's Compensation and Employer's Liability Insurance in the Supplier's name in amounts as required by law but under no circumstances with limits of liability under the Employer's Liability portion of less than Five Hundred, Thousand Dollars ($500,000). The insurance company writing such coverage must provide a waiver of subrogation. In addition, the policy must include "All States" and "Voluntary Compensation" endorsements.

> b. Comprehensive General Liability Insurance in the Supplier's name written on an occurrence form, including Broad Form Contractual Liability Insurance, The Supplier's Protective Liability, and Broad Form Property Damage and Completed Operations endorsements, with not less than Four Million Dollars ($4,000,000) per occurrence Combined Single Limit. Exclusions for explosions, collapse and underground property (X, C and U) shall be deleted. Such policies shall name the Customer as an Additional Insured.

> c. If applicable, Automobile Liability Insurance, written on an insurance form, with an Employer's Non-Ownership Liability Endorsement in the Customer's name, with no less than One Million Dollars U.S. ($1,000,000) per occurrence Combined Single Limit. Such policy shall name the Customer as an Additional Insured.

> The insurance policies described in paragraphs (b) and (c) and above shall afford the Customer with primary coverage, irrespective of any other coverage available to or maintained by the Customer or the Supplier, and the Supplier's self-insured retention in connection with the insurance policies described in paragraphs (b) and (c) above shall not exceed U.S. $100,000, for which the Supplier hereby expressly assumes responsibility. The insurance companies providing the foregoing coverage shall have a best rating of "A" or better. The Supplier shall be responsible for maintaining insurance covering its personal property used by it in its performance of the Agreement. The Supplier hereby waives, and shall cause its insurers to waive, all rights of subrogation against the Customer.

**14) ARBITRATION:**   Shall be in accordance with the American Arbitration Association rules and procedures.

**15) JURISDICTIONS:**  New York.

Signed by way of acceptance Date  _10/3/2019_

PRESIDENT CONTAINER GROUP II, LLC                    ENGICO

GENERAL AGREEMENT # 15/19 of October 30,2019                    19/22

# Engico

## COMPLETION OF INSPECTION AND PRE-TEST CERTIFICATE

CUSTOMER: ....................................................................................

MACHINE:   **MULTIFUNCTION BOTTOM FFG model COMPACT 66-99/188 [16-25/48]
DUAL SIZE**

**COMPOSED OF:**                                              **SERIAL NUMBER:**

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

..............................................................          ..............................................

On behalf of the Customer I have inspected and tested the above machine and can confirm it
meets all the specs and performances stated in the pre-test protocol agreed, as per contract.

Signature       ...............................

Name            ...............................

Position        ...............................

Date            ...............................

**GENERAL AGREEMENT # 15/19 of October 30,2019**                    20/22

**ENG 001459**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

**COMPLETION OF INSTALLATION AND COMMISSIONING**

CUSTOMER:   ............................................................................

MACHINE:   **MULTIFUNCTION BOTTOM FFG model COMPACT 66-99/188 [16-25/48]
DUAL SIZE**

SERIAL NUMBER:          _____

DATE OF DELIVERY:       _____

DATE OF INSTALLATION:   _____

This is to certify the above machine has been installed and started-up producing the first saleable boxes as detailed in the contract.

On behalf of the Customer

Signature

_____

Position _____

Company _____

Date _____

**GENERAL AGREEMENT # 15/19 of October 30,2019**                    **21/22**

**ENG 001460**
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

# Engico

## CUSTOMER ACCEPTANCE CERTIFICATE

CUSTOMER:  .......................................................................................

MACHINE:   **MULTIFUNCTION BOTTOM FFG model COMPACT 66-99/188 [16-25/48]
DUAL SIZE**

SERIAL NUMBER:          _____

DATE OF DELIVERY:       _____

DATE OF INSTALLATION:   _____

This is to certify the above machine has performed according to the specification as detailed in the contract for the agreed period ending _____.
All the relevant documentation has been delivered as well.

List of any open issues to be attached and a part of warranty

On behalf of the Customer I accept the machine from Engico s.r.l.

Signature

_____

Position _____

Company _____

Date _____

**GENERAL AGREEMENT # 15/19 of October 30,2019**                    22/22

ENG 001461
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



## Performance appendix to the agreement #15/19 of October 30, 2019

#1 – Achievable

Collecting: bundle + stacker (depending on the stability of the stack)
Print: 3 colors OK
Productivity: 1.800 pcs/h
Mode: Double skip feed

#2 – Achievable - Only flat and at least with 1 inch trimmable

Collecting: stacker + bundle
Print: 1 colors OK
Productivity: 5.000 pcs/h
Mode: Single feed

#3 – Achievable - With the side slots

Collecting: stacker
Print: 1 colors OK
Productivity: 5.000 pcs/h
Mode: Single feed

#4 – Not achievable

#5 – Achievable - Only flat and at least with 1 inch trimmable

Collecting: stacker
Print: 1 colors OK
Productivity: 3.000 pcs/h
Mode: Double feed

#6 – Achievable – Smallest panel of the box + Joint flap must be on the left side of the machine
Pull bands on each printer

Collecting: bundle + stacker (depending on the stability of the stack)
Print:
Productivity: 6.000 pcs/h
Mode: Double feed

#7 – Achievable - With side slots and reverse flute direction

Collecting: stacker + bundle
Print: 1 colors OK
Productivity: 4.000 pcs/h
Mode: Single feed

ENG 001462
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

ENG 001463

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



- Performance appendix to the agreement #15/19 of October 30, 2019 -

ENG 001464

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- Performance appendix to the agreement #15/19 of October 30, 2019 -



**#2**

Sp.... 78   Ident : 948  (75)          Order# :825441     Rack# :62206     Die# :
                                                          PrintDie# :     18107     Desspec# :

| | | | | | | |
|---|---|---|---|---|---|---|
| H & L SPECIALTIES | STYLE | CTR SEAM FOL-L | TEST die# 18107 ECT 32 C | PRINT RACK NO. 62206 | COLORS 1st dwn | BLACK 90 |
| 948 | SIZE | 12 1/4 X 2 1/2 X 24 1/4 | | CUT DIE NO. | 2nd dwn | |
| PRINT CARD NO.: H & L 902 948 | | | | | 3rd dwn | |
| | | | | | 4th dwn | |

3 di 14

1/2 L     W          L          W     1/2 L

948

ITEM # 948
CONTAINS: 48 TRAPS

948

ITEM # 948
CONTAINS: 48 TRAPS

**CATCHMASTER**

GIANT FLY GLUE TRAP
WITH ATTRACTANT
30 DAYS UV RESISTANT

**CATCHMASTER**

GIANT FLY GLUE TRAP
WITH ATTRACTANT
30 DAYS UV RESISTANT

948

MANUFACTURED BY
AP&G Co., Inc.
Bayonne, NJ
Made in USA
EPA EST. No. 81857-NJ-001

MANUFACTURED BY
AP&G Co., Inc.
Bayonne, NJ
Made in USA
EPA EST. No. 81857-NJ-001

2½

24¾

948

948

6 5/16     2 11/16     12 7/16     2 11/16     6 15/16     2½

CUSTOMER SUPPLIED BY UNITY 5/15          UNITY#:127542

ENG 001465

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- Performance appendix to the agreement #15/19 of October 30, 2019 -



ENG 001466
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

5 di 14

- Performance appendix to the agreement #15/19 of October 30, 2019 -

**#4**

847   Ident : 009-3051          Order# :827961   Rack# :          Die# : W12593Desspec# :
                                                    PrintDie# :

## President Container Group

| | | | |
|---|---|---|---|
| Customer: Steamist | K-K: 29+3/4 x 29+1/8 | Date: 01/11/2013 | |
| Cad # 121237 1C.ARD | Board: ECT 44 C KRAFT | Sales: John Parella- 73 | |
| Inside Dim:11+3/16 x2+1/4 x24+3/4 | Sq. Ft.: 6.065 | Designer: David Nicholson | |
| Corr. Dir.: Vertical | Inches of Rule: 380.783 | Waste %: 0.78 | |
| Job # 12-12-37 | Notes: | No. Per: 1 | |
| VIEW: Inside | Style: Glued Center Seam FOL w/Cut Out | Revision # 2 DN | |
| Design CHK: CUTTING DIE # W12593   1 OUT ROTARY 66" CYL.   SS: 30 3/4 X 30 1/8   Sales CHK: | | | |

CHECK FOR COPY DIRECTION

*NO CERT - NO IDENT PRINTED*

Cut Out
1/8 x 1/8
Perf

All scoring dimensions MUST be
accurate when diecutting
CUTTING DIE TO BE CREATED BY UNITY 1/22/13

This design is the sole property of the
PRESIDENT CONTAINER GROUP
UNITY# 70870

ENG 001467

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

6 di 14

- Performance appendix to the agreement #15/19 of October 30, 2019 -

| CUST | SHIP TO | C O R R U G A T O R | | |
|---|---|---|---|---|
| **#5** Inc [108462] nue 07657 | AQUA SPORTS [14] 999 JERSEY AVE NEW BRUNSWICK, NJ 08901 | **ID** TR-RESIN BTM | **SIZE** 57 1/2 X 9 1/4 X 11 | |
| | | **DUE DATE** ON  8/23/19 | **ALT. DATE** | **ORDER NO.** 825468 | **TEST** 44EC |
| | | **STYLE** HSC/TOP FOL/BOT | **TOP FLAP** 0.00 | **BOT FLAP** 0.00 | **FLUTE** C |
| Phone 201-941-8000   Fax No 201-941-8253 | Phone No 732-249-3000   Fax No | **BOARD CODES** 47  33SC  47 | **PRODUCT CODE** 21 OTHER CA | **Q/U LIM** 10 / 5 |

| CORRUGATED WAY | | **WIDTH** 20.08 | **CORR. DIR.** Regular | **NO.SET** 1 | **QUANTITY** 500 |
|---|---|---|---|---|---|
| A) 11-1/4 x 9-1/4 | | | | | |
| SLOT | | **LENGTH** 135.09 | **# OUT OF DIE** 1 | **LIN FT/PC** 11.26 | **LIN FT/ORDER** 5629 |
| B) 1-3/8 x 9-7/16 x 57-11/16 x 9-7/16 x 57-5/8 | | | | | |

| | **WIDTH** 20.08 | **NO. OUT** 1 | **PLANNED LIN/FT** |
|---|---|---|---|
| 11 | **LENGTH** 135.09 | **NO. UP** 1 | **# SHEETS RUN** |
| | **NEW** | **SIZE CHG.** | **PRT CHG.** |

**CORR. NOTES**



IDENT WITH BLANK ECT 44 CERT

TRRESBOT

Part 2 of 2

PROJ # 825468

**COLOR** ANY DARK COLOR

| SCSMN ROBERT HERSKOVI | BOX ID TR-RESIN BTM | | | **SQ/FT/BOX** 19.45 | **ORDER DATE** 8/12/19 | **CUSTOMER ORDER NO.** 101794-STEVE 081 | **SPEC. NO.** 346546 |
|---|---|---|---|---|---|---|---|
| **SIZE** B.00    57 1/2 X 9 1/4 X 11 | | | **FT/ORDER** 9727 | **RACK NO.** DCERT | **DIE NO.** | **JOINT** STITCH | **TAB** Inside |

| O R D E R I N F O | MACHINE | SU.Min | Prod/Hr | Prod Count | P A C K I N F O | Unitized 2 Units/Pallet |
|---|---|---|---|---|---|---|
| | Corrugator | | 9074 | | # BDL | 0 |
| | 140 Letter Press | 1.25 | 953 | | PIECES/UNIT | 300 |
| | Stitcher (NY) | 0.25 | 1877 | | HEIGHT | 50 |
| | | | 0 | | STRAPPING | 3 |
| | | | 0 | | PATTERN | C |
| | | | 0 | | IDENT WITH BLANK ECT 44 CERT * | |
| | | | 0 | | PRINT IDENT AS: TRRESBOT | |
| | | | 0 | | | |

S H I P I N S T:
CALL STEVE 732-249-3000  HRS 7AM-4PM
MON-THUR    FRIDAY TILL NOON ONLY
3FT OK

ENG 001468

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- Performance appendix to the agreement #15/19 of October 30, 2019 -

7 di 14



REPRINT

| C ID | | SIZE | |
|---|---|---|---|
| LACE BIN T | | 37 X 11 3/4 X 11 5/16 | |

#6   .S) [5]   hercial Ave

SHIP TO
P.I.P. (SPECIALS) [0]
200 West Commercial Ave

MO...  ...E, NJ 07074
Moonachie, NJ 07074

Phone No   Fax No
201-863-8844   201-863-7799

Phone No   Fax No
201-863-8844   201-863-7799

| DUE DATE | ALT. DATE | ORDER NO. | TEST |
|---|---|---|---|
| BY    8/17/19 | | 824870 | 48EC |

| STYLE | TOP FLAP. | BOT FLAP | FLUTE |
|---|---|---|---|
| HSC INNER | 0.00 | 0.00 | BC |

| BOARD CODES | | | PRODUCT CODE | O/U LM |
|---|---|---|---|---|
| 33  26SC  33  26SC  33 | | | 25 OTHER CT | 10 / 10 |

CORRUGATED WAY
A) 11-9/16 x 6-1/8
SLOT
B) 1-3/8 x 37-3/8 x 12-1/8 x 37-3/8 x 12-1/16

| WIDTH | CORR. DIR. | NO. SET | QUANTITY |
|---|---|---|---|
| 17.11 | Regular | 1 | 750 |

| LENGTH | # OUT OF DIE | LIN. FT/PC | LIN. FT/ORDER |
|---|---|---|---|
| 100.05 | .1 | 8.34 | 6253 |

| WIDTH | NO. OUT | PLANNED LIN/FT |
|---|---|---|
| 7.11 | 1 | |

| LENGTH | NO. UP | # SHEETS RUN |
|---|---|---|
| 100.05 | 1 | |

| NEW | SIZE CHG. | PRT CHG. |
|---|---|---|

CORR. NOTES
Double Wall

1 3/8    37 3/8    12 1/8    37 3/8    12 1/16

11 9/16
BODY

17 11/16

COLOR
ANY DARK COLOR

6 1/8
FLAP

Part 1 Of 1

PROJ #   824870

IDENT WITH PIP CERT    100 5/16

| SLSMN | BOX ID | | | SQ/FT/BOX | ORDER DATE | CUSTOMER ORDER NO. | SPEC. NO. |
|---|---|---|---|---|---|---|---|
| House Account 98 | LACE BIN T | | | 12.42 | 8/07/19 | 26731 | 464602 |

| SIZE | | FT/ORDER | RACK NO. | DIE NO. | JOINT | TAB |
|---|---|---|---|---|---|---|
| 37 X 11 3/4 X 11 5/16 | | 9315 | | | EXTENDED GL | Inside |

0.00

PACK: Unitize  250 Per Unit

| MACHINE | SU Min | Prod/Hr | Prod Count | | | |
|---|---|---|---|---|---|---|
| Corrugator | | 14205 | # BDL | 25 | | |
| 140 Letter Press | 1.25 | 966 | PIECES/UNIT | 250 | | |
| Taper #1 (PSP) | 0.20 | 1981 | HEIGHT | 45 | | |
| | | 0 | STRAPPING | 3 | | SHIP: NO CALL NEEDED |
| | | 0 | PATTERN | R | | |
| | | 0 | 2 IN X GLUE * USE PIP CERT | | | |
| | | 0 | | | | INST |
| | | 0 | | | | |

ENG 001469

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

8 di 14

– Performance appendix to the agreement #15/19 of October 30, 2019 –

RUN FLAT



**#7**

AGING INC. [5446]
REET

BRO___N, NY 11219
Phone No 718-633-8187   Fax No 718-871-4980

SHIP TO
XL PLASTICS [2]
220 CLIFTON BLVD
CLIFTON, NJ 07011
Phone No       Fax No

ID 6641 MW
SIZE 6 X 6 X 41

DUE DATE BY 8/19/19   ALT. DATE   ORDER NO. 825132   TEST 32EC

STYLE RSC   TOP FLAP 0.00   BOT FLAP 0.00   FLUTE C

BOARD CODES 36MW 26SC 36   PRODUCT CODE 13 RSC MOTT   O/U LIM 5 / 5

CORR. DIR. Regular   NO.SET 1   QUANTITY 2000

# OUT OF DIE 1   LIN ET/PC 2.17   LIN FT/ORDER 4335

WIDTH 47.09   NO. OUT 1   PLANNED LIN/FT

LENGTH 26.01   NO. UP 1   # SHEETS RUN

NEW   SIZE CHG.   PRT CHG.

CORR. NOTES
MOTTLED WHITE

COLOR
ANY DARK COLOR

Part 1 Of 1

PROJ #   825132

CORRUGATED WAY
A) 3-1/8 x 41-5/16 x 3-1/8
SLOT
B) 1-3/8 x 6-3/16 x 6-3/16 x 6-3/16 x 6-1/8
WIDTH 47.09
LENGTH 26.01

1 3/8 | 6 3/16 | 6 3/16 | 6 3/16 | 6 1/8 | 3 1/8

47 5/16   IDENT WITH BLANK OR CUST ECT 32 CERT   41 3/16

3 1/8

26 1/16

| SLSMN | BOX ID | | SQ/FT/BOX | ORDER DATE | CUSTOMER ORDER NO. | SPEC. NO. |
|---|---|---|---|---|---|---|
| Jobbers & Brokers 94 | 6641 MW | | 8.68 | 8/09/19 | 8819 | 304198 |
| 0.00 | SIZE 6 X 6 X 41 | FT/ORDER 17354 | RACK NO. DCERT | DIE NO. | JOINT EXTENDED GL | TAB Inside |

| O R D E R I N F O | MACHINE | SU Min | Prod/Hr | Prod Count | | | P A C K I N F O | S H I P I N S T |
|---|---|---|---|---|---|---|---|---|
| | Corrugator | | 30488 | # BDL | 25 | | Unitized 2 Units/Pallet | |
| | 140 Letter Press | 1.25 | 1493 | PIECES/UNIT | 375 | | * Watch BDL count | |
| | Taper #1 (PSP) | 0.20 | 2500 | HEIGHT | 45 | | | |
| | | | 0 | STRAPPING | 4 | | * Call Seymore B4 del 917-771-8583 HRS | |
| | | | 0 | PATTERN | H | | 8AM-11:30AM ONLY | |
| | | | 0 | 2 IN X GLUE * USE CUST OR BLANK | | | | |
| | | | 0 | ECT 32 CERT | | | | |
| | | | 0 | | | | | |



#8 – Achievable – Minimum panel on the joint flap

  Collecting: stacker
  Print: 1 color OK
  Productivity: 2.500 pcs/h
  Mode: Skip feed

#9 – Achievable - Only flat with the side slots

  Collecting: stacker
  Print: 1 colors OK
  Productivity: 4.500 pcs/h
  Mode: Single feed

#10 – Achievable – Only flat with the side slots

  Collecting: stacker
  Print: 1 colors OK
  Productivity: 4.500 pcs/h
  Mode: Single feed

#11 - Achievable - Smallest panel of the box + Joint flap must be on the left side of the machine

  Collecting: stacker
  Print: 1 colors OK
  Productivity: 5.000 pcs/h
  Mode: Single feed

#12 - Achievable

  Collecting: stacker
  Print: 1 colors OK - print plate on the 99"
  cylinder Productivity: 1.800 pcs/h
  Mode: Double skip feed

ENG 001470
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**#8**

PrintDie# : 12973

DIE NO. 12973

| CUSTOMER | STYLE | TEST | PRINT BACK NO. | COLORS | BLACK 90 |
|----------|-------|------|----------------|--------|----------|
| **TECHNICAL PKG** | **HSC w/FOL BTM** | **ECT 48 DW** | 17505 | 1st dwn | |
| IDENT. 470013 BTM | SIZE 60 X 30 1/4 X 29 7/8 | CUT DIE NO. | | 2nd dwn | |
| PRINT CARD NO.: TECHNICAL PKG_470013 BTM | | PLEASE DO NOT ALTER ANYTHING ON THIS LINE! | | 3rd dwn | |
| | | | | 4th dwn | |

STITCHED

L 60 3/8    30 5/8 W      60 3/8 L        30 9/16 W

1 7/8

30 3/8

470013 BOTTOM

30 1/4

**USE CUSTOMER CERT**

**470013 BOTTOM**

TECHNICAL PACKAGING
BOX CERTIFICATE
THIS DOUBLEWALL
BOX MEETS ALL CONSTRUCTION
REQUIREMENTS OF APPLICABLE
FREIGHT CLASSIFICATION
EDGE CRUSH      48
TEST (ECT)      LBS/IN
BOX LIMIT       95  INCHES
GROSS
WT L 100 LB
BALDWIN, NY 11510

| 9-28-10 | CHECKED BY: |
| | APPROVED BY: |

FILM@RENO

ENG 001471
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

10 di 14

- Performance appendix to the agreement #15/19 of October 30, 2019 -



ENG 001472

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

11 di 14

- Performance appendix to the agreement #15/19 of October 30, 2019 -

ENG 001473

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Spec#:359320   Ident : PJ-8860                Order# :837696   Rack# :66806   Die# :          Desspec# :
                                                                          PrintDie# :   16488

#10

| CUSTOMER | | STYLE | TEST | PRINT RACK | COLORS | 52 BROWN |
| ABSOULTE PKG | | RSC | 44 C | 66806 | 1st dwn | |
| IDENT | SIZE | | | CUT DIE NO. | 2nd dwn | |
| PJ-8860 | 8 X 8 X 60 | | | | 3rd dwn | |
| PRINT CARD NO.: | | | | | 4th dwn | |
| CAD# | KK | | S/S | | # OUT | |
| CUISTOMER SUPPLIED SPEC #99744 | | | | | | |

DIE# 16488

*REVERSE CORR*



12 di 14

- Performance appendix to the agreement #15/19 of October 30, 2019 -

PRINT PLATES CUSTOMER SUPPLIED BY SPEC 1/14

ENG 001474
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
- Performance appendix to the agreement #15/19 of October 30, 2019 -



**#11**

13 di 14

| | | | |
|---|---|---|---|
| CABINET CO [76159] | SHIP TO RED STAR CABINET CO [0] | | |
| ...OOD AVENUE | 226 SHERWOOD AVENUE SUITE A | | |
| ...DALE, NY 11735 | FARMINGDALE, NY 11735 | | |
| Ph... 631-694-6200  Fax No. 631-694-6210 | Phone No (631)694-6200  Fax No 631-694-6210 | | |

**CORRUGATED WAY**
A) 6-3/4 x 44 x 6-3/4
**SLOT**
B) 1-3/8 x 62-3/16 x 6-15/16 x 62-3/16 x 6-7/8

ID 62643
DUE DATE BY 11/01/19    ALT. DATE
STYLE NEW FOL    TOP FLAP 0.00    BOT FLAP 0.00
BOARD CODES 42  26SC  42
SIZE 62 X 6 3/4 X 43 1/2
ORDER NO. 837596    TEST 200
FLUTE C
PRODUCT CODE 20 OTHER/CA    O/U LIM 0  /.5

WIDTH 57.08    CORR. DIR. Regular    NO.SET 1    QUANTITY 500
LENGTH 139.09    # OUT OF DIE -1    LIN FT/PC 11.59    LIN FT/ORDER 5795
WIDTH 57.08    NO. OUT 1    PLANNED LIN/FT
LENGTH 139.09    NO. UP 1    # SHEETS RUN
NEW    SIZE CHG.    PRT CHG.

**CORR. NOTES**

COLOR ANY DARK COLOR

Part 1 Of 1
PROJ # 837596

IDENT WITH CERT

57 1/...    44
1 3/8    62 3/16    19/16    62 3/16    7/...
139 9/16

| SLSMN 39 Merrick Holland E | BOX ID 62643 | | SQ.FT/BOX 56.17 | ORDER DATE 10/18/19 | CUSTOMER ORDER NO. RS-1017 | SPEC. NO. 470030 |
|---|---|---|---|---|---|---|
| SIZE 62 X 6 3/4 X 43 1/2 | FT/ORDER 28087 | RACK NO. DCERT | DIE NO. | JOINT EXTENDED GL | TAB Inside | |

5.00

| MACHINE | SU Min | Prod/Hr | Prod Count | | | |
|---|---|---|---|---|---|---|
| Corrugator | | 4713 | | # BDL | 0 | |
| 140 Letter Press | 1.25 | 541 | | PIECES/UNIT | 150 | |
| Taper #1 (PSP) | 0.20 | 486 | | HEIGHT | 50 | |
| | | 0 | | STRAPPING | 2 | |
| | | 0 | | PATTERN | D | |
| | | 0 | | 2 IN X GLUE | | |
| | | 0 | | | | |
| | | 0 | | | | |

Unitized 2 Units/Pallet

CALL JIM/BOB B4 DELY 631-694-6200
DELY HRS 7:30-5PM



ENG 001475
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- Performance appendix to the agreement #15/19 of October 30, 2019 -

# EXHIBIT 2



HOME        PRODUCTS        CONTACTS        COMPANY        NEWS        SERVICE

search...

## PRODUCTS

DIGITAL

CONVERTING

CORRUGATED WEB

2ND HAND

OPEN HOUSE | 8-17 JUNE 2022





Date: **from June 8th to 17th 2022**
Place: Via Adamello 3 - Lissone (MB) - Italy

**OPEN HOUSE**
Multifunction FFGS mod. Compact 16-25/48 (66"-99"/188") Dual Size
before the delivery to Greif Corrchoice - USA

- Three printer modules (one 99" module and two 66" modules) that allow to print 3 colors boxes with 2.514 mm (99") length of the flute without repeating on the same sheet the graphics
- Two die cut cylinders (one 1.676 mm / 66" + one 2.514 mm / 99" circumference)
- Production speed from 2.000 to 8.000 boxes/hour with 350 mm (13.8") minimum length of the flute

**ALWAYS**
**INNOVATORS NOT IMITATORS**

Please feel free to propose some dates suitable for you.
We will organize at the best your demo.
**Contacts: Valentina Benzoni**
sales.converting@engico.com / +39 338 63 21 383

Tagged under  open house

# RELATED ITEMS

Open House | 21-24 July 2020 | Big News!

| More in this category: | « And the Winner is... | Open House | 21-24 July 2020 | Big News! » |
| --- | --- | --- |

- home
- products
- digital
- converting
- corrugated web
- 2hand
- contacts
- company
- news

Engico S.r.l. | Via Adamello, 3 | 20851 Lissone (MB) | Italy | Phone +39 039 2457847 | Fax +39 039 461196 | Email : engico@engico.com | Privacy policy