UNITED STATES DISTRICT COURT
for THE SOUTHERN DISTRICT OF ILLINOIS

THOMPSON CORRUGATED SYSTEMS, INC. and
THOMPSON CORRUGATED SYSTEMS LLC,

      Plaintiffs,

  v.

ENGICO S.R.L.,

      Defendant.

Case No. 20-cv-122-JPG

## **JUDGMENT**

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the jury having rendered a verdict as to others,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count I (breach of contract) in favor of plaintiffs Thompson Corrugated Systems, Inc. and Thompson Corrugated Systems LLC and against defendant Engico S.r.l. in the following amounts:
- $202,194.00 in compensatory damages for commissions due from the 2019 sale to Lawrence Paper Company, plus prejudgment interest under the Illinois Interest Act at the rate of 5% calculated from August 7, 2019;
- $213,562.00 in compensatory damages for commissions due from the 2019 sale to President Container, plus prejudgment interest under the Illinois Interest Act at the rate of 5% calculated from October 30, 2019; and
- $105,994.00 in compensatory damages for commissions due from the 2020 sale to Welch Packaging, plus prejudgment interest under the Illinois Interest Act at the rate of 5% calculated from January 23, 2020;

for a total compensatory damage award for Count I of $521,750.00 plus prejudgment interest as indicated above;

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on Count II (violation of the Illinois Sales Representative Act) in favor of plaintiffs Thompson Corrugated Systems, Inc. and Thompson Corrugated Systems LLC and against defendant Engico S.r.l. in the amount of:
- $134,892.00 in exemplary damages for commissions due from the 2019 sale to Lawrence Paper Company;
- $66,738.00 in exemplary damages for commissions due from the 2019 sale to President Container; and
- $132,492.00 in exemplary damages for commissions due from the 2020 sale to Welch Packaging;

for a total exemplary damage award for Count II of $334,122.00;

IT IS FURTHER ORDERED AND ADJUGED that judgment is entered on Count III (accounting) and Count IV (unjust enrichment/*quantum meruit*) in favor of defendant Engico S.r.l. and against plaintiffs Thompson Corrugated Systems, Inc. and Thompson Corrugated Systems LLC, and that Count III and Count IV are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiffs Thompson Corrugated Systems, Inc. and Thompson Corrugated Systems LLC are awarded attorney's fees in the amount of $499,184.50 and are awarded costs in the amount of $19,724.34.

**DATED:  January 17, 2023**

                                              **MONICA A. STUMP, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**