UNITED STATES DISTRICT COURT
for THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMPSON CORRUGATED SYSTEMS, INC. and THOMPSON CORRUGATED SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ENGICO S.R.L.,<br><br>Defendant. | Case No. 20-cv-122-JPG |

## JUDGMENT FOR SUPPLEMENTAL ATTORNEY'S FEES

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that, in addition to attorney's fees already awarded in the January 17, 2023, Judgment in this case, plaintiffs Thompson Corrugated Systems, Inc. and Thompson Corrugated Systems LLC are awarded supplemental attorney's fees in the amount of $37,799.00.

**DATED:  May 19, 2023**

MONICA A. STUMP, Clerk of Court

s/Tina Gray, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**